# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN JOHNSON | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | No. 3:20-cv-00175-JJV |
| | * | |
| KILOLO KIJAKAZI, | * | |
| Acting Commissioner, | * | |
| Social Security Administration, | * | |
| | * | |
| Defendant. | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

DATED this 27th day of September 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE